Isaac WOODS, Petitioner–Appellant,

v.

Sara REVELL, Warden, Respondent–Appellee.

No. 12–7681.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 8, 2013.

Decided: Feb. 21, 2013.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac Lee Woods appeals the district court's orders and judgment denying his 28 U.S.C. § 2241 (2006) petition and denying his motion for reconsideration. We affirm for the reasons cited by the district court. *See Woods v. Revell,* No. 5:11–hc–02134–BO, 2012 WL 3043186 (2012). Insofar as Woods claims he was denied notice that the court would construe the Government's motion as a motion for summary

judgment, we note that the motion clearly stated it was a summary judgment motion. In addition, Woods was given timely notice of his right to respond to the motion and the consequences if he failed to adequately do so.

Accordingly, we affirm the district court's orders and judgment. We grant Woods' motion for leave to proceed in forma pauperis and deny his motion to strike. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*